TDCJ Offender Details

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
TDCJ Home    Q New Offender Search

83,508-01

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04139059 |
| **TDCJ Number:** | 01970223 |
| **Name:** | BUSH,CASEY ADARRELLS |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1965-11-26 |
| **Maximum Sentence Date:** | 2015-06-13 |
| **Current Facility:** | HUNTSVILLE |
| **Projected Release Date:** | 2015-06-13 |
| **Parole Eligibility Date:** | NOT AVAILABLE |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | 2015-06-26 |
| **Scheduled Release Type:** | Discharge |
| **Scheduled Release Location:** | HUNTSVILLE |

*Scheduled release date, type, and unit may change without notice. Therefore, it is highly recommended that you revisit this website to verify the release information prior to departing to pick up any offender. This information applies only to prison sentenced offenders and does not include State Jail or Substance Abuse offenders. The primary release sites for prison sentenced offenders are the Huntsville Unit (men) and the Gatesville Unit (women). Releasing at the primary release sites is from 8 a.m. until 5 p.m., however, it is recommended that, if you are picking up a released offender from a primary release site, you arrive at the primary release site by 9 a.m. Offenders released from*